**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE PLAINTIFFS 1-13, et al., Plaintiffs, v. LANCASTER COUNTRY DAY SCHOOL, et al., Defendants. | No. 5:26-cv-04120-JLS |

**LANCASTER COUNTRY DAY SCHOOL'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Defendant Lancaster Country Day School does not oppose the relief requested in Plaintiffs' Motion for Leave to File a Second Amended Complaint (doc. 36).

Respectfully submitted,

Date: September 18, 2026

/s/ Rory O. Connaughton
Ronald H. Pollock, Jr. (No. 52586)
Rory O. Connaughton (No. 78775)
Joshua J. Voss (No. 306853)
SAXTON & STUMP
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
P: 717-556-1000 | F: 717-441-3810
rhp@saxtonstump.com
rconnaughton@saxtonstump.com
jvoss@saxtonstump.com

*Counsel for Lancaster Country Day School*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused Lancaster Country Day School's Response to Plaintiffs' Motion for Leave to File a Second Amended Complaint to be electronically filed on the date listed below through the Court's CM/ECF system and that the documents are available for viewing and download from the Court's CM/ECF system.

Date: September 18, 2026

/s/ Rory O. Connaughton

Rory O. Connaughton (No. 78775)
SAXTON & STUMP
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
P: 717-556-1000 | F: 717-441-3810
rconnaughton@saxtonstump.com

*Counsel for Lancaster Country Day School*