**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANE DOE PLAINTIFFS 1-13, et al.,<br>Plaintiffs,<br>v.<br><br>LANCASTER COUNTRY DAY SCHOOL, et al.,<br>Defendants. | : | No. 5:26-cv-04120-JLS |

**ORDER**

**AND NOW**, this 1st day of October, 2026, upon consideration of the Motion for Protective Order by Lancaster Country Day School (LCDS) (Doc. 44), and the Stipulation of the Parties related thereto (Doc. 45) where the Motion is construed as both a Motion to Release Records consistent with 24 P.S. § 1306-D(a)(1) & (c) and a Motion for Protective Order under FRCP 26(c), it is hereby **ORDERED** that the Motion is **GRANTED**, and it is further **ORDERED** that the identified records of the Program described in the Motion may be released by LCDS, and it is further **ORDERED** as follows:

1. LCDS is permitted to produce to Plaintiffs and other Defendants in discovery complete copies of the three reports identified in the Motion as the Safe2Say Discovery; however, the information in the Tip Report after the second question in the "Description of Concern/Event" field shall be available only to the attorneys for Plaintiffs and the other Defendants.[1]

---

[1] Nothing in this Order shall prevent counsel from sharing the complete Safe2Say Discovery with support staff, paralegals, and experts.

2. The parties are permitted to cite, quote, and attach the Safe2Say Discovery in public filings, provided that the following items are redacted and not quoted publicly: (i) the information in the Tip Report after the second question in the "Description of Concern/Event" field; (ii) the name of Defendant W.D.; (iii) the ethnicity, age, eye color, and hair color information about W.D.; and (iv) all phone numbers for law enforcement officials.

3. No party shall publicly reveal any information that identifies the tipster at issue in the Safe2Say Discovery.

4. Upon the conclusion of this litigation and any appeals in this action and the satisfaction of any judgment or upon the conclusion of any settlement or dismissal involving all parties to the lawsuit, counsel for the respective parties shall destroy all records of the program produced pursuant to this Court Order, except where the same must be retained in accordance with applicable law.

BY THE COURT:

/s/JeffreyLSchmehl

JEFFREY L. SCHMEHL, J