**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANE DOES, 1-18, ET AL., | : | |
| v. | : | Civil No. 2:26-cv-04120-JLS |
| LANCASTER DAY SCHOOL, ET AL., | : | |

**AMENDED ORDER OF INITIAL PRETRIAL CONFERENCE**

**AND NOW,** this 10th day of November, 2026, **IT IS HEREBY ORDERED** that the VIDEO **Rule 16 Conference** has been rescheduled as follows**:**

**1.** The Rule 16 Conference in the above-captioned matter on Friday, November 13, 2026, at 10:00 a.m., (ECF No. 40) is **amended**.

**2.** Lead counsel shall appear for a VIDEO Rule 16 conference in the above-captioned matter on **Monday, November 23, 2026 at 11:00 AM.** Video instructions will be provided by the Court under separate cover.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL
United States District Court Judge