PIETRAGALLO
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

1818 MARKET STREET
SUITE 3402
PHILADELPHIA, PA 19103
(215) 320-6200 FAX: (215) 981-0082
WWW.PIETRAGALLO.COM

DIRECT DIAL NO.: (215) 988-1439
DIRECT FAX DIAL NO.: (215) 7545172
FILE NO.: SCEPANSKY-119069
E-MAIL: HMF@PIETRAGALLO.COM

November 24, 2026

**VIA ECF**

The Honorable Jeffrey L. Schmehl
District Court Judge
United States District Court for the Eastern
District of Pennsylvania
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

**Re:** ***Jane Doe Plaintiffs, et al. v. Lancaster Country Day School, et al.***
**No.: 5:26-cv-04120-JLS**

Dear Judge Schmehl:

Following yesterday's Rule 16 Conference, counsel of record for Defendants, N.S., K.S., and W.S. in the above-captioned matter provide the following status report for your consideration.

On November 18, 2026, attorney Jason P. McNicholl, Esquire of Johnson, Duffie, Stewart & Weidner, P.C. entered his appearance on behalf of Defendant, N.S. a minor by and through his parents and natural guardians, W.S. and K.S. Accordingly, Attorney McNicholl will proceed as counsel for these three defendants as this matter proceeds. All future correspondence should be directed to Attorney McNicholl's attention.

As a result, Christopher A. Sarno, Esquire, Joshua D. Hill, Esquire, and Hannah M. Franke, Esquire will each withdraw their appearances as to their respective clients on Tuesday, November 24, 2026.

Thank you for your continued attention to this matter.

Respectfully Submitted,

*Hannah M. Franke*

Hannah M. Franke

HMF/tk

cc: All Counsel of Record ***(via ECF)***

*12504975*