**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JANE DOES, 1-18, ET AL.,

v.

LANCASTER DAY SCHOOL, ET AL.,

Civil No. 2:26-cv-04120-JLS

**ORDER**

**AND NOW,** this 23rd day of November, 2026, it is hereby **ORDERED** that this matter is **REFERRED** to United States Magistrate Judge Craig M. Straw for the purpose of scheduling and conducting a mediation and for the purpose of resolving any pre-trial discovery issues that may arise.

**BY THE COURT:**

*/s/ Jeffery L. Schmehl*
**JEFFREY L. SCHMEHL, J.**